[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
ORDER RE: OBJECTIONS TO REQUEST TO REVISE
Request No. 1. — Objection overruled.
Request No. 2 — Objection sustained.
Request No. 3 — Delete phrase "by a headhunter agency."
Request No. 4 — Objection overruled.
Request No. 5 — Objection sustained.
Request No. 6 — Objection overruled.
Request No. 7 — Objection overruled.
Request No. 8 — Objection overruled.
Request No. 9 — Objection overruled.
Request No. 10 — Specify the terms of the offer and the terms of the acceptance which are relevant.
Request No. 11 — Objection sustained.
Request No. 12 — Objection overruled.
Request No. 13 — Objection sustained.
Request No. 14 — Objection overruled. CT Page 9478
Request No. 15 — Specify the nature of the financial and personal increases.
Request No. 16 — Objection overruled.
Request No. 17 — Objection overruled.
Request No. 18 — Objection overruled.
Request No. 19 — Objection overruled.
Request No. 20 — Objection sustained.
Request No. 21 — Objection overruled.
Request No. 22 — Objection sustained.
Request No. 23 — Objection overruled.
Request No. 24 — Objection sustained.
Request No. 25 — Objection overruled.
Request No. 26 — Objection overruled.
Request No. 27 — Objection overruled.
Request No. 28 — Objection overruled.
Request No. 29 — Objection overruled.
Request No. 30 — Objection overruled.
Request No. 31 — Objection overruled.
Request No. 32 — Objection overruled.
Request No. 33 — Objection sustained.
Request No. 34 — Objection sustained.
Request No. 35 — Objection overruled.
Request No. 36 — Objection sustained. CT Page 9479
Request No. 37 — Objection overruled.
Request No. 38 — Objection overruled.
Request No. 39 — Objection overruled.
Request No. 40 — Objection sustained.
Request No. 41 — Objection sustained.
Request No. 42 — Objection overruled.
THIM, JUDGE